UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STANLEY WOOD and CHASTITY
WOOD, Individually, and on Behalf of
a Class of Similarly Situated Persons                                      PLAINTIFFS

V.                                                                CAUSE NO.: 3:20-CV-065-MPM-RP

NORTH MISSISSIPPI MEDICAL
CENTER, INC., TUPELO SERVICE
FINANCE, INC., ALLIANCE
COLLECTION SERVICE, INC. and
JOHN DOES 1-10                                                              DEFENDANTS

## ORDER

This cause comes before the Court on the motion of the plaintiffs to transfer venue in this recently filed action from the Oxford Division to the Aberdeen Division. The Complaint alleges that Plaintiffs Stanley Wood and Chastity Wood are residents of Lee County and citizens of Mississippi, and that the three named defendants all conduct their relevant business activities in Lee County, Mississippi. As a result, it appears this cause should have been commenced in the Aberdeen Division. Accordingly, the Court finds that the plaintiffs' motion is well-taken and should be granted.

Therefore, it is ordered that this action shall be, and is hereby, transferred from the Oxford Division to the Aberdeen Division. The Clerk of this Court shall assign a new cause number and take other action as necessary to effectuate this Order.

So ordered, this the 12th day of March, 2020.

/s/ _____
U.S. DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI